IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICK L SHERMAN**                                                                                         **PLAINTIFF**
**ADC #096304**

V.                              CASE NO. 4:21-CV-173-JM-BD

**JAMES GIBSON,** *et al.*                                                                                   **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.   Procedures for Filing Objections

This Recommendation for dismissal has been sent to Judge James M. Moody Jr. Mr. Sherman may file objections if he disagrees with the findings or conclusions set out in this Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. Sherman does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

### II.  Discussion

On March 3, 2021, Plaintiff Patrick Sherman, an Arkansas Division of Correction (ADC) inmate, filed this civil rights action without the help of a lawyer. (Doc. No. 1) Mr. Sherman moved to proceed *in forma pauperis* (IFP). (Doc. No. 4) Because of his litigation history, however, he is not eligible for IFP status in federal court absent an

allegation that he is in imminent danger of serious physical injury.[1] Here, Mr. Sherman did not plead facts alleging that he was in imminent danger of serious physical injury, so his motion to proceed IFP was denied.[2] (Doc. No. 5)

The Court gave Mr. Sherman until April 4, 2021, to pay the $402 filing fee. (Doc. No. 5) He was specifically cautioned that his failure to pay the filing fee could result in dismissal of this lawsuit, without prejudice. To date, Mr. Sherman has not paid the filing fee, and the time allowed for paying the statutory filing fee has expired.

### III.   Conclusion

The Court recommends that Mr. Sherman's claims be DISMISSED, without prejudice based on his failure to comply with the Court's March 11, 2021 Order, requiring him to pay the $402 filing fee by April 4, 2021.

IT IS SO ORDERED, this 14th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" against Mr. Sherman for purposes of determining eligibility for IFP status: *Sherman v. Rhodes*, et al., E.D. Ark. Case No. 5:96-cv-365-JFF; *Sherman v. Norris*, E.D. Ark. Case No. 5:97-cv-405- ETR; *Sherman v. Corr. Med. Serv.*, et al., E.D. Ark. Case No. 5:01-cv-161-HW.

[2] Mr. Sherman appealed the order denying his motion to proceed IFP to Judge Moody. (Doc. No. 9) On April 6, 2021, Judge Moody affirmed this Court's decision denying Mr. Sherman IFP status. (Doc. No. 10)