IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICK L SHERMAN**                                                                   **PLAINTIFF**
**ADC #096304**

V.                              CASE NO. 4:21-CV-173-JM-BD

**JAMES GIBSON,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. Mr. Sherman has not filed specific objections to the Recommendation, but he did file a "Request to Certify Questions of Law, Convene Three-Judge Panel and Make Findings of Fact and Conclusions of Law" (Doc. No. 12). After a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Sherman's lawsuit is DISMISSED, without prejudice, based on his failure to pay the filing fee as ordered. His "Request to Certify Questions of Law, Convene Three-Judge Panel and Make Findings of Fact and Conclusions of Law" (Doc. No. 12) is DENIED.

IT IS SO ORDERED, this 21st day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE