IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICK L SHERMAN**                                                                                    **PLAINTIFF**
**ADC #096304**

V.                                    CASE NO. 4:21-CV-173-JM-BD

**JAMES GIBSON,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 21st day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE